UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number: 24-23508-CIV-MARTINEZ

NAPOLI SHKOLNIK d/b/a NAPOLI
SHKOLNIK PLLC,

      Plaintiff,

v.

UNITED STATES OF AMERICA by and through
the INTERNAL REVENUE SERVICE, *et al.*,

      Defendants,

DARIA PASTOUKHOVA GOGOLEVA, *et al.*,

      Nominal Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal without prejudice as to Phillips, Cantor, Shalek Rubin and Pfister, P.A.'s attorney's charging lien claim and dismissal with prejudice as to all other claims, (ECF No. 50). It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice** as to Phillips, Cantor, Shalek Rubin and Pfister, P.A.'s attorney's charging lien claim and **DISMISSED with prejudice** as to all other claims. This case is **CLOSED,** and all pending motions are **DENIED as moot.** Each party shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of June, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record